**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE ROSENFELD, | ) NO. CV 16-3601-DOC(E) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| J. MC DONNELL, | ) CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Respondent's Motion to Dismiss, Petitioner's Stay Request, and Petitioner's other requests for relief are denied.

///

///

        IT IS FURTHER ORDERED that Judgment be entered denying and dismissing the Petition and this action with prejudice.

        IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, and counsel for Respondent.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

        DATED: January 13, 2017

                                    _____
                                           DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE