JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESSE ROSENFELD, | ) | NO. CV 16-3601-DOC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. MC DONNELL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition and this action are denied and dismissed with prejudice.

DATED: January 13, 2017

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE